# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1254

_____

Valentino V. Warren

*Plaintiff - Appellant*

v.

Krispy Kreme Doughnuts; Hal Smith Restaurant Group; Charleston's Restaurant Group; A-OK, LLC; HS-Real Estate; Jason Hart

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 17, 2014
Filed: September 19, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Valentino Warren appeals the district court's[1] adverse grant of summary judgment in his civil action asserting unlawful employment discrimination under Title VII. Upon careful de novo review, we conclude that summary judgment was properly granted. See Torgerson v. City of Rochester, 643 F.3d 1031, 1042, 1046 (8th Cir. 2011) (this court reviews grant of summary judgment de novo; summary judgment is proper if pleadings, discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that movant is entitled to judgment as matter of law); see also Edmund v. MidAmerican Energy Co., 299 F.3d 679, 686-87 (8th Cir. 2002) (federal courts do not sit as super personnel department reviewing wisdom or fairness of business judgments made by employers, except to extent those judgments involve intentional unlawful discrimination). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James Moody, Jr., United States District Judge for the Eastern District of Arkansas.